# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NIKIKA M. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:05-0163 |
| ) | Judge Trauger |
| MEMPHIS JOB CORPS CENTER, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On June 3, 2005, the Magistrate Judge issued a Report and Recommendation, recommending that this case be dismissed. (Docket No. 6) No timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is dismissed for failure to state a claim upon which relief can be granted. Further, any appeal will not be certified as taken in good faith under 28 U.S.C. §1915(a)(3), for the reasons stated in the Report and Recommendation.

It is so **ORDERED.**

Enter this 14th day of July 2005.

_____
ALETA A. TRAUGER
U.S. District Judge